FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

Dec 1.  11 56 AM '92

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JO ANN C. McDOWELL,            )
                               )
            Plaintiff          )
                               )
vs.                            )   Civil Action No. 92-4131-R
                               )
INDEPENDENCE COMMUNITY COLLEGE;)
NORMAN CASTAGNA, CHARLES EMPSON,)
P.E. BARBERA, JOE LONG, FRED   )
GRESS and RICK SMITH, in their )
individual and official capacities;)
                               )
            Defendants.        )
_____)

## ORDER

ON THIS 11th day of December, 1992, comes for hearing the Stipulated Motion for Dismissal with Prejudice. The Court being fully advised of the premises finds that the case should be dismissed with prejudice.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned matter shall be dismissed with prejudice.

Judge of the District Court

Date:
December 11, 1992

cw-9268.1

19

On this ___9th___ day of December, 1992, the above and foregoing was mailed to the following:

John C. Frieden
Frieden, Haynes & Forbes
400 SW 8th Street
P.O. Box 639
Topeka, Kansas 66601

and

William J. Fitzpatrick
Fitzpatrick & Bass
313 Professional Building
Independence, Kansas 67301

Attorneys for Plaintiff

and

Judd Dent
120 West Main Street
P.O. Box 396
Independence, Kansas 67301

Attorneys for Defendant

_____
David R. Erickson          KS #12539
Blackwell Sanders Matheny Weary
 & Lombardi
40 Corporate Woods, Suite 1200
9401 Indian Creek Parkway
Overland Park, Kansas 66210
(913) 345-8400

Attorneys for Defendant